UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 02-3957

03 SEP 17 PM 12:28

Filed: July 16, 2003

JOHN M. SZABO

C-1-01-901

    Plaintiff - Appellant

v.

ROBERT PEIRCE & ASSOCIATES PC; ROBERT N. PEIRCE, JR.; LOUIS
A. RAIMOND; HOWARD M. HACKMAN COMPANY LPA; HOWARD M. HACKMAN

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 6/24/03 the mandate for this case hereby issues today.

A True Copy.

No cost taxed                      Attest:

Filing Fee ..........$
Printing ............$

    Total ........$

                                               Deputy Clerk