UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

*Granted*
*Susan J. Dlott*
*2/12/04*

| | |
|---|---|
| John M. Szabo | : |
|     Plaintiff, | : Case No. 1:01cv901 |
| | : |
| v. | : Judge Dlott |
| | : |
| Robert Peirce & Associates, Inc., et al | : MOTION FOR LEAVE TO WITHDRAW |
|     Defendants. | : AS PLAINTIFF'S LOCAL COUNSEL / |
| | : TRIAL ATTORNEY AND TO |
| | : SUBSTITUTE PRO HAC VICE |
| | : COUNSEL AS TRIAL ATTORNEY |

Pursuant to Rule 83.5(a) and Rule 83.5(d), Local Civil Rules for the Southern District of Ohio, now comes Plaintiff, by and through counsel, and moves this Court for leave for Barbara Bison Jacobson to withdraw as local counsel/trial attorney and to substitute Jerry Miniard, lead counsel in this case, admitted pro hac vice, as trial attorney. A Memorandum in support of this Motion is attached hereto and incorporated herein.

Respectfully submitted,

/s/ Barbara Bison Jacobson
Barbara Bison Jacobson
221 East Fourth Street, Suite 2000
P.O. Box 236
Cincinnati, OH 45202
Telephone:   513-723-4016
Facsimile:   513-852-8481

Jerry M. Miniard
6614 Dixie Highway
Florence, KY 41042
Telephone:   859-525-1900
Facsimile:   859-525-1433