UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| John M. Szabo, | : | Case No.: 1:01CV901 |
| Plaintiff, | : | Judge Watson |
| v. | : | |
| Robert Pierce & Associates, Inc., et al. | : | |
| Defendants. | : | |

RECEIVED
NOV − 4 2004
LEONARD GREEN, Clerk

## STATUS REPORT

On June 24, 2003, the United States Court of Appeals for the sixth circuit, vacated the district court's order which dismissed the pending district court action and the sixth circuit remanded the case to this Court with directions to enter an order staying proceedings until there has been a ruling on jurisdiction in a pending state court action, Commonwealth of Kentucky, Kenton Circuit Court, Division IV, case number 01-CI-1400, Szabo v. Robert Pierce and Associates, et al. As such, this case is stayed.

There is a Motion for Leave by Barbara Bison Jacobson to withdraw as Plaintiff's local counsel/trial attorney and to substitute *Pro Hac Vice* counsel Jerry M. Miniard as trial attorney. At the current time, the case is still stayed as the Court and counsel are awaiting word with respect to the case in Kentucky. It is understood that Plaintiff's counsel will advise this Court once that matter has been resolved.

Respectfully submitted,

*Amy M. Fulmer* (0068159)
THOMAS & FULMER CO., LPA
163 N. Sandusky Street
Suite 103
Delaware, Ohio 43015
740-363-7182 phone
740-363-7153 facsimile
afulmer@thomaslawlpa.com
*Attorney for Defendant Robert Pierce & Associates, Inc.*

## CERTIFICATE OF SERVICE

This certifies that a copy of the forgoing was served via regular U.S. mail, postage pre-paid, this _____ day of November, 2004 upon the following:

Barbara Bison Jacobson
221 E. Fourth Street, Ste. 2000
P.O. Box 236
Cincinnati, Ohio 45202

Jerry Miniard
6614 Dixie Highway
Florence, KY 41042
*Attorneys for Plaintiff John Szabo*

Howard M. Hackman
P.O. Box 26176
Columbus, Ohio 43226-0176

Lee Carol Mittman
502 S. Third Street
Columbus, Ohio 43215

Jeffrey C. Mando
Adams, Stepner, Woltermann & Dusing
40 W. Pike Street
P.O. Box 861
Covington, KY 41012-0861

Amy M. Fulmer