# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

John M. Szabo,

    Plaintiff,

        v.                               Case No. 1:01cv901

Robert Peirce & Associates PC, et al.,     Judge Michael R. Barrett

    Defendants.

## **ORDER**

On June 26, 2006, this matter was reassigned to the docket of the Honorable Michael R. Barrett. The Court notes no activity has occurred relating to this matter since before the case was transferred to the docket of the Honorable Michael H. Watson on October 14, 2004. The Court orders that a joint status report in the above captioned matter be filed by the parties by July 28, 2006. The status report is meant to edify the Court regarding the status of the above-captioned matter.

**IT IS SO ORDERED.**

                                                */s/ Michael R. Barrett*
                                               Michael R. Barrett, Judge
                                               United States District Court