UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO.: 1:01 cv901

JOHN M. SZABO                                                                                      PLAINTIFF

vs.

ROBERT PEIRCE & ASSOCIATES, P.C., et al.                                   DEFENDANTS

### STATUS REPORT

Comes now the Plaintiff, John M. Szabo, by counsel, and pursuant to the Court's Order of July 14, 2006, hereby informs the Court of the status of the state action, to wit:

1. The deposition of the Defendant, Howard M. Hackman, was taken in Cleveland, Ohio on February 27, 2006;

2. That the parties have discussed the possibility of mediation;

3. That the parties have agreed to schedule a mediation date in October or November with Honorable Raymond Lape, retired Judge, Kenton Circuit Court;

4. If the mediation is unsuccessful, the Defendants will be seeking a motion for summary judgment on a technical issue of law;

5. Should mediation be unsuccessful and the motion for summary judgment be denied, the parties will attempt to obtain a trial date for early 2007.

This the 4th day of August, 2006.

JERRY M. MINIARD, P.S.C.

By: _____
JERRY M. MINIARD (KBA #82771)
Attorney for Plaintiff
6614 Dixie Highway
Florence, KY 41042
(859) 525-1900

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, this 4th day of August, 2006.

Jeffrey C. Mando
Adams, Stepner, Woltermann & Dusing, PLLC
40 West Pike Street
P.O. Box 861
Covington, KY 41012-0861

Howard M. Hackman
Howard M. Hackman Co., LPA
4889 Sinclair Road, Suite 110
Columbus, OH 43229

_____
JERRY M. MINIARD