**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

John M. Szabo,

    Plaintiff,

        v.                                    Case No. 1:01cv901

Robert Peirce & Associates PC, et al.,        Judge Michael R. Barrett

    Defendants.

**NOTICE**

Please take notice that the above-captioned case has been set for a status conference by telephone before the Honorable Michael R. Barrett on:

**Friday, September 22, 2006, at 9:30 am**

Parties shall initiate contact with the Court by calling 513-564-7660 five (5) minutes prior to 9:30 am.

                                            Michael R. Barrett, Judge
                                            United States District Court

                                                     *S/Barbara A. Crum*
                                            Courtroom Deputy

cc:    All Counsel
BAC    August 10, 2006