# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

John M. Szabo,

    Plaintiff,

       v.                          Case No. 1:01cv901

Robert Peirce & Associates PC, et al.,      Judge Michael R. Barrett

    Defendants.

## NOTICE

Please take notice that the above-captioned case has been set for a follow up status conference by telephone before the Honorable Michael R. Barrett on:

**Friday, December 1, 2006, at 10:30 am**

Parties shall initiate contact with the Court by calling 513-564-7660 five (5) minutes prior to 10:30 am.

                          Michael R. Barrett, Judge
                          United States District Court

                        _____*S/Barbara A. Crum*_____
                          Courtroom Deputy

cc:    All Counsel
BAC   September 29, 2006