## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

John M. Szabo,

    Plaintiff,

        v.                        Case No. 1:01cv901

Robert Peirce & Associates PC, et al.,    Judge Michael R. Barrett

    Defendants.

## NOTICE

Please take notice that the previously-scheduled status conference by telephone in the above-captioned case is being rescheduled for:

**Wednesday, January 10, 2007, at 9:00 am**

Parties shall initiate contact with the Court by calling 513-564-7660 five (5) minutes prior to 9:00 am.

                          Michael R. Barrett, Judge
                          United States District Court

                          *S/Barbara A. Crum*
                          Courtroom Deputy

cc:    All Counsel