UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John M. Szabo,

    Plaintiff,

v.                                                                    Case No. 1:01cv901

Robert Peirce & Associates, *et al.*,                 Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court upon a Status Report due March 15, 2007. To date, no status report has been filed. The Parties are hereby **ORDERED** to file a joint status report within **seven (7) days** of entry of this Order.

**IT IS SO ORDERED.**

                                  */s/ Michael R. Barrett*
                                Michael R. Barrett, Judge
                                United States District Court