UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO.: 1:01 cv901

JOHN M. SZABO                                                                    PLAINTIFF

vs.

ROBERT PEIRCE & ASSOCIATES, P.C., et al.                          DEFENDANTS

## STATUS REPORT

Comes now the Plaintiff, John M. Szabo, by counsel, and pursuant to the Court's Order of June 26, 2007, hereby informs the Court of the status of the state action, to wit:

1. That a trial date has been scheduled in the Kenton Circuit Court action for December 4, 2007.

2. That the parties are going to attempt a second mediation prior to the trial.

This the 9th day of July, 2007.

JERRY M. MINIARD, P.S.C.

By: _____
JERRY M. MINIARD (KBA #82771)
Attorney for Plaintiff
6614 Dixie Highway
Florence, KY 41042
(859) 525-1900

## CERTIFICATE OF SERVICE

    I hereby certify that true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, this 9th day of July, 2007.

Amy M. Fulmer, Esq.
Fulmer & Co., LPA
5910 Venture Drive
Dublin, OH 43017

Howard M. Hackman
*Deceased*

                                                      JERRY M. MINIARD