**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

John M. Szabo,

    Plaintiff,

    v.                                     Case No. 1:01cv901

Robert Peirce & Associates, *et al.*,        Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court following a status report filed on July 9, 2007. (Doc. 34) Plaintiff states that a trial date has been set in the underlying state court matter for December 4, 2007. The Court hereby **ORDERS** that the Parties file a Status Report informing the Court of the status of the state action on or before **January 4, 2008.** In the event that this matter is resolved through mediation, the Parties are to notify the Court immediately.

    **IT IS SO ORDERED.**

                                                    */s/ Michael R. Barrett*
                                                  Michael R. Barrett, Judge
                                                  United States District Court