UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO.: 1:01 cv901

JOHN M. SZABO                                                                         PLAINTIFF

vs.

ROBERT PEIRCE & ASSOCIATES, P.C., et al.                        DEFENDANTS

## STATUS REPORT

Comes now the Plaintiff, John M. Szabo, by counsel, and pursuant to the Court's Order, hereby informs the Court of the status of the state action, to wit:

1. That a trial date has been rescheduled in the Kenton Circuit Court action for May 20, 2008.

2. That the parties are attempting a second mediation on February 5, 2008.

This the 18th day of January, 2008.

JERRY M. MINIARD, P.S.C.

By: _____
JERRY M. MINIARD (KBA #82771)
Attorney for Plaintiff
6614 Dixie Highway
Florence, KY 41042
(859) 525-1900

## CERTIFICATE OF SERVICE

    I hereby certify that true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid, this 18th day of January, 2008.

Amy M. Fulmer, Esq.
Fulmer & Co., LPA
5910 Venture Drive
Dublin, OH 43017

Howard M. Hackman
*Deceased*

                                        JERRY M. MINIARD