UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| John M. Szabo, | : | Case No.:    1:01CV901 |
| Plaintiff, | : | Judge Watson |
| v. | : | |
| Robert Pierce & Associates, Inc., et al. | : | |
| Defendants. | : | |

## AGREED DISMISSAL ENTRY WITH PREJUDICE

Plaintiff, by and through counsel, hereby dismisses all claims, with prejudice, against all Defendants. The pending action of Commonwealth of Kentucky, Kenton Circuit Court, Division IV, case number 01-CI-1400, <u>Szabo v. Robert Pierce and Associates, et al.</u> has been settled, and as such, this case can now be dismissed. The undersigned agree to this dismissal.

Respectfully submitted,

_____
**Amy M. Fulmer** (0068159)
Fulmer Company, LLC
5910 Venture Drive
Dublin, OH 43017
614-793-1744 ph
614-793-8483 fax
Amy@fulmerlegal.com
*Attorney for Defendant Robert Pierce & Associates, Inc.*

Per email authority 4/11/08
**Jerry Miniard**
6614 Dixie Highway
Florence, KY 41042
Jminiard@insightbb.com
*Attorneys for Plaintiff John Szabo*